UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 6:25-mj-1484-JRK

JOAO MARCELO MENDES MINILLO

**MOTION TO UNSEAL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves this court to unseal the (1) Complaint, (2) Supporting Paperwork, (3) Arrest Warrant, and (4) Motion to Seal filed in the instant case.

The United States initially requested the sealing of these filings on or about May 8, 2025, in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge.

1

The necessity for the sealing of said file no longer exists in light of the recent developments in connection with this case.

Dated this 17th day of July, 2025.

                    Respectfully submitted,

                    GREGORY W. KEHOE
                    United States Attorney

By: */s/ Patrick M. Flanigan*
     Patrick M. Flanigan
     Assistant United States Attorney
     Florida Bar No. 47703
     400 W. Washington Street, Suite 3100
     Orlando, Florida 32801
     Telephone: (407) 648-7500
     Facsimile:  (407) 648-7643
     E-mail: patrick.flanigan@usdoj.gov